1  Alden J. Parker (SBN 196808)
   E-Mail: aparker@fisherphillips.com
2  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
3  Sacramento, CA 95814
   Telephone: (916) 210-0040
4  Facsimile: (916) 210-0401

5  Michael S. Armstrong (SBN 309816)
   E-Mail: marmstrong@fisherphillips.com
6  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
7  Irvine, California 92614
   Telephone: (949) 851-2424
8  Facsimile: (949) 851-0152

9  Attorneys for Defendants LITTLE CAESAR
   ENTERPRISES, INC. and ILITCH HOLDINGS,
10 INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURRIE,<br><br>                Plaintiff,<br><br>        v.<br><br>LITTLE CAESAR ENTERPRISES, INC. ILITCH HOLDINGS, INC. and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.:<br><br>Removed from State Court<br>CASE NO.: 30-2021-01177748-CU-OE-CJC<br><br>**DEFENDANT ILITCH HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>State Complaint Filed: January 7, 2021 |

1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 7.1 and Civil Local Rule 7-1.1, the undersigned counsel of record for Defendant ILTICH HOLDINGS, INC. submits the following corporate disclosure statement:

1. Ilitch Holdings, Inc. is a Michigan corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: March 18, 2021

Respectfully submitted,

FISHER & PHILLIPS LLP

By: /s/ Michael S. Armstrong
Alden J. Parker
Michael S. Armstrong
Attorneys for Defendants
LITTLE CAESAR ENTERPRISES, INC. and ILITCH HOLDINGS, INC.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On the below date, I served the foregoing document entitled **DEFENDANT ILITCH HOLDINGS INC.'S CORPORATE DISCLOSURE STATEMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Heather McMillan, Esq.<br>Lizeth Perales, Esq.<br>STEVENS & McMILLAN<br>335 Centennial Way<br>Tustin, CA  92780 | Attorneys for Plaintiff<br>DENNIS CURRIE<br>P: (714) 730-1000<br>F: (714) 730-1067<br>E: heather@scmclaw.com<br>E: liz@scmclaw.com<br>Cc: chelsea@scmclaw.com<br>Cc: calendar@scmclaw.com |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 18, 2021 at Irvine, California.

| Adriana Miranda | By: /s/ Adriana Miranda |
|---|---|
| Print Name | Signature |