O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS CURRIE,<br><br>                Plaintiff,<br><br>   v.<br><br>LITTLE CAESAR ENTERPRISES, INC.<br>and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No: 8:21-cv-00513-MEMF (ADSx)<br><br>**ORDER REGARDING JOINT STIPULATION AND REQUEST TO MODIFY SEPTEMBER 20, 2022 AMENDED CIVIL TRIAL ORDER TO EXTEND LAST DATE TO HEAR MOTIONS [ECF NO. 44]** |

On March 10, 2023, the parties filed a Joint Stipulation and Request to Modify the September 20, 2022 Amended Civil Trial Order to Extend Last Date to Hear Motions. ECF No. 44 ("Stipulation"). In the Stipulation, the parties request that the Court adjust the last date to hear motions to either July 27, 2023, or August 3, 2023, to allow for the filing of a motion for summary judgment. However, the Court is unable to accommodate a hearing on a motion for summary judgment on both proposed dates. As such, the Court GRANTS the request to modify the Civil Trial Order and adjusts the pretrial and trial deadlines as follows:

/ / /

/ / /

1

| | |
|---|---|
| Last Date to Hear Motions | 9/7/2023 |
| Trial Filings (first round) | 11/1/2023 |
| Trial Filings (second round) | 11/15/2023 |
| Final Pretrial Conference | 11/29/2023 at 9:00 am |
| Jury Trial | 12/18/2023 at 8:30 am |

The foregoing dates supersede and replace the Civil Trial Order issued by this Court on September 20, 2022, and found at ECF No. 43.

IT IS SO ORDERED.

Dated: March 21, 2023

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge